**STATE OF CONNECTICUT *v.* JAMEL BURKE**

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 798 (AC 17733), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defense of self-defense does not apply to a charge of felony murder as a matter of law?"

The Supreme Court docket number is SC 16105.

*Theresa M. Dalton*, assistant public defender, in support of the petition.

*Ellen A. Jawitz*, assistant state's attorney, in opposition.

Decided May 12, 1999

---

**FIRST UNION NATIONAL BANK *v.* BENJAMIN BONITO, JR., ET AL.**

The named defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 52 (AC 18325), is denied.

*Jerald S. Barber*, in support of the petition.

*Mark L. Bergamo*, in opposition.

Decided May 12, 1999